FILED

FEB 04 2010

CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 09-50055 |
| Plaintiff | ) ) | |
| | ) | ORDER GRANTING DEFENDANT'S |
| vs. | ) | MOTION TO WITHDRAW SECOND |
| | ) | MOTION FOR PRETRIAL RELEASE |
| CHARLES DEAN ANAYA, | ) | [DOCKET 33] |
| | ) | |
| Defendant. | ) | |

Pending before the court is Charles Dean Anaya's second motion for reconsideration of pretrial release. See Docket 33. Mr. Anaya now moves to withdraw this motion. See Docket 33. Good cause appearing, it is hereby

ORDERED that Mr. Anaya's motion to withdraw his second motion for reconsideration of pretrial release [Docket 33] is granted. Said withdrawal is without prejudice to Mr. Anaya filing a bond motion in the future.

Dated February 4, 2010.

BY THE COURT:

VERONICA L. DUFFY
UNITED STATES MAGISTRATE JUDGE